UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MAURICIO PAVEL DE LA FUENTE ET AL.,**

    Plaintiffs,

v.                                                     No. 4:22-cv-0345-P

**WELLS FARGO BANK, NATIONAL ASSOCIATION ET AL.,**

    Defendants.

# ORDER

On May 31, 2022, the Parties notified the Court that "they have fully compromised and settled all claims and matters in controversy between them." ECF No. 17. In accordance with the representation that all claims and matters in controversy are settled, the Court **ORDERS** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **31st day** of **May, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE